UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Flagstaff                 ********************************

**Filed: 10/18/01**

DATE: 10/18/01          CASE NUMBER:   01-04256M-002      Clerk U.S. District Court
                                                          District Of Arizona
USA vs.  Milton Jr. Wagon                        BY: _____ (Deputy)
                                                 ********************************

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney  Mark Aspey _____   INTERPRETER_____
                                           LANGUAGE_____
Attorney for Defendant __
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  10/18/01        ☒  Initial Appearance        ☐  Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐  No Financial Afdvt taken   ☐  Financial Afdvt sealed
☐ Rule 40  ☐ Rule 20      ☐  Defendant states true name to be ___. Further proceedings  ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | REMOVAL HEARING/ID: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:      10/23/01 at 10:00 AM<br>Before:    MAGISTRATE JUDGE VERKAMP<br>☒  Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐  Defendant ordered released _____<br>☐  Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐  Warrant of removal issued.<br>☐  Defendant ordered released _____ |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:  10/23/01 at 10:00 AM<br>Before:  MAGISTRATE JUDGE VERKAMP<br>☐  Probable case found   ☐ Dismissed<br>☐  Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: counsel appointed for all future hearings _____

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best
interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay
under Title 18 USC Section 3161 __ will commence on __thru __ for a total of __days.

                                        RECORDED: Cass. 01-38 _____
                                        BY:  Linda M. Wigman
                                        Deputy Clerk