UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Flagstaff

MAGISTRATE JUDGE'S MINUTES
*******************************
**Filed: 10/23/01**
Clerk U.S. District Court
District Of Arizona
BY: _____ (Deputy)
*******************************

DATE: 10/23/01  CASE NUMBER: 01-04256M-002

USA vs. Milton Jr. Wagon

U.S. MAGISTRATE JUDGE: STEPHEN L. VERKAMP #: 70BC

A.U.S. Attorney Mark Aspey     INTERPRETER _____
                               LANGUAGE _____
Attorney for Defendant Consuelo Brennan (Appointed)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___
☐ Financial Afdvt taken    ☐ Initial Appearance            ☐ Appointment of counsel hearing held
☐ Rule 40  ☐ Rule 20      ☐ No Financial Afdvt taken     ☐ Financial Afdvt sealed
                           ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☒ Defendant continued detained pending trial
   ☒ Flight risk  ☒ Danger

**REMOVAL HEARING/ID:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.
☐ Defendant ordered released _____

**PRELIMINARY HEARING:**
☒ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☒ Probable case found    ☐ Dismissed
☒ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset
Set for:
Before:

Other: appointment of counsel hearing set for Friday, October 26, 2001 at 9:00 a.m. before Judge Duncan

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 ___ will commence on ___ thru ___ for a total of ___ days.

RECORDED: Cass. 01-39-40
BY: Linda M. Wigman
Deputy Clerk

